**Deny and Opinion Filed June 6, 2022**



In the
# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-22-00029-CV

## IN RE MICHAEL AMEND AND LOWE'S COMPANIES, INC., Relators

---

### Original Proceeding from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-00257-2019

---

## MEMORANDUM OPINION
Before Justices Schenck, Reichek, and Carlyle

Before the Court is relators' petition for writ of mandamus challenging the trial court's order denying relators' objections to real party in interest's Requests for Production Nos. 1 and 10 as to Lowe's and Nos. 3 and 10 as to Michael Amend.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Copart, Inc*., 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)).

Based on our review of the mandamus record, the petition for writ of mandamus, the response, and relators' reply, we conclude relators have failed to

demonstrate that the trial court clearly abused its discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also lift the stay issued by this Court's January 11, 2022 order.

220029f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE